Case: 1:26-cv-03804
Assigned To : Unassigned
Assign. Date : 10/28/2026
Description: TRO/Prelim. Inj. (D-DECK)

Michael Doe
American citizen
Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL DOE,
on behalf of himself and
others similarly situated,
John and Jane Does 1-50,000,
Plaintiffs,

COMPLAINT

v.

Donald J. Trump, President
of The United States; Marco
Rubio, secretary of state;
Sued in his official Capacity,
Elon Musk, sued in his official
Capacity. Defendants

Plaintiff, Michael DOE, on behalf of himself and others similarly situated, pro se-complains against Defendant Donald J. Trump, President of The United States, MARCO RUBIO and Elon Musk and state as follows;

INTRODUCTION

1. Plaintiff Michael Doe, an American citizen and legal resident of Oakland, California, brings this civil rights action, on behalf of himself and others similarly situated; To remedy Defendant President Donald J. Trump's unlawful and unconstitutional, executive order, suspending implementing the "Lindsey O. Graham Sanctioning Russia and Iran Act of 2026." This Act would have imposed severe sanctions on Russia, which would limit Russias

ability to circumvent, already imposed sanctions, which are providing resources to finance, the Terror being inflicted on Innocent ukrainians. Plaintiffs wife resides in Kyiv ukraine and is subjected to Constant Threat, of Terrorist Attacks, by the government of Russia. President Trumps flagrant and unlawful Executive order, blocking sanctions, that were to be imposed on october 18, 2026, violates and threatens to violate; Plaintiffs First Amendment Rights— to maintain a familial relationship, with his family and Defendant musks official Actions, to throttle ukraines "starshield," the military version of starlink, which

has limited the ukrainian military capabilities, to intercept Terroristic Attacks, directed at the civilian Population, of the citizens inside Kyiv and Throughout ukraine, is a clear and present danger on Plaintiffs wife, that Threatens and violates Plaintiffs First Amendment Rights, under the united states Constitution.

2. Plaintiff seeks a declaration from this Court that Defendant President trump's, Executive order—suspending the sanctions on Russia, as outlined in the Lindsey O. Graham Act of 2026, violates federal law under the Act, violates Plaintiffs First Amendment Rights, to maintain

a familial Relationship.

3. Plaintiffs seeks a declaration from this Court that Defendant Elon Musk, CEO of starlink / starshield and space X, actions of throttling the ukraine Militaries satellite communications systems, on behalf of Donald trump, endangers and threatens Plaintiffs Federally protected rights of Maintaining a familial Relationship with their immediate families

4. Plaintiffs, who number the thousands, ukranian citizens, in the weeks following the Russian Invasion of ukraine on February 24, 2022, presented themselves at the Southern Border U.S Port of Entrys. April 27, 2022, DHS announced

the implementation of a parole process called uniting for ukraine (U4U). see Implementation of the uniting for ukraine Parole Process 87 Fed. Reg. 25040 (Apr 27, 2022).

5- under the uniting for ukraine system, there are hundreds of ukrainian Plaintiffs, residing within the United states and District of Columbia, whos substantial civil rights are being flagrantly violated by the unlawful Executive Action. by the President, that violates Plaintiffs rights.

6. Plaintiffs seeks this courts protection of their constitutional and

statutory rights under Federal law. Plaintiffs asks the court to enjoin Defendant President trump's, executive order as unconstitutional. And to enjoin all agents and employees, from interfering with implementing "The Graham Act". And to enjoin Elon Musk from throttling or restricting the starshield system in ukraine.

JURISDICTION AND VENUE

7. This action arises under, violations of the Lindsey O. Graham Sanctioning Russia and Iran Act of 2026, the Constitution and laws of the united states, and including

The First Amendment to the United States Constitution.

8. Jurisdiction is conferred upon this Court pursuant to 28 U.S.C § 1331 and 1343 relative to the federal claims.

9. Venue is proper with the United States District of Columbia pursuant to 28 U.S.C § 1392(b) because the events giving rise to the claims in this matter occurred within the District of Columbia.

PARTIES

10. Plaintiff Michael Doe, is a United States citizen and legal resident of Oakland, California. He is currently incarcerated since May 2024

until the present date of this complaint initiation. He is a pretrial detainee and his legal residence now and prior to his arrest was in Oakland, California. Plaintiffs wife Tatyana Doe is a ukrainian citizen and resident living in Kyiv, ukraine.

11. Plaintiffs John and Jane Does 1-50,000 are ukrainian Refugees, who fled wartorn ukraine, in the following weeks, after the Russian Invasion on February 24, 2022. Plaintiffs gained entry to the united states through the Department of Homeland security, implementation of a parole

process called "uniting for ukraine" (UKU), under 87 Fed. Reg. 25040. Based on this refugee program, hundreds of Plaintiffs, displaced by the Terror in ukraine, reside in the District of Columbia and united states — and continue to have immediate family living in ukraine, under constant Threat of Death.

12. Defendant Donald Trump is the President of the united states.

13. Defendant Marco Rubio is the secretary of state, sued in his official capacity.

14. Defendant Elon Musk is the CEO of space X, starlink/starshield and sued in his official capacity.

15. with respect with President Trump, Plaintiffs challenge Trump's illegal Executive order only.

# FACTS

## VLADIMIR PUTIN ORDERS RUSSIAN INVASION AND SLAUGHTER of UKRANIAN CIVILIANS, WOMEN AND CHILDREN

16. on February 24, 2022, Vladimir Putin orders Russian Invasion of the sovereignty of ukraine.

17. within weeks of the invasion hundreds to thousands of Innocent civilian family members of Plaintiffs are murdered by Putins orders.

18. Plaintiff Michael Doe's wife, Tatyana Doe resides in Kyiv, ukraine. Michael Doe is a American citizen. Tatyana is a ukranian citizen.

19. weeks after the Russian invasion, close to 50,000 ukranian refugees entered the united states, through the Southern Borders Port of entrys. And are lawful residents in the U.S.

20. Putin, since the invasion, has reverted to daily, unconscionable acts of terrorism

and strikes on Innocent ukrainian civilians, to include slaughtering, murdering women and their children, to include infants, with indiscriminate aerial missle and drone strikes on the civilian non-military targets.

21. Defendant Elon Musk Through the Federal government, provided the ukranian military, satellite communications system, called "Starshield". This system is instrumental in assisting, the capabilities of the ukranian military in intercepting, daily deluge of Terroristic Attacks on the civilian Population inside

ukraine, including intercepting Drone and missle strikes targeting Plaintiffs wife in Kyiv. ukraine.

22. on March 23, 2025 numerous aerial drone explosive strikes struck near Plaintiffs wife house in the HOLOSIIVSKYI District of Kyiv, directed by the Russian Military.

23. Due to this terroristic callous attack on Innocents, Plaintiffs wife relocated to a undisclosed location within the city of Kyiv, where she is today.

24. Vladimir Putin, has circumvented international sanctions by the use of

shadow fleets of oil tankers, including utilizing proxies, to operate around international and American sanctions, imposed on the Russian government, for the war crimes by Putin, against the Innocent beautiful people of ukraine which includes the immediate family of Plaintiffs.

25. As a result of Putins war crimes and defiance to sanctions, that were not restricting, the military resources of Russia; senator Lindsey Graham sponsered the "Lindsey O. Graham Sanctioning Russian and Iran Act of 2026".

26. U.S Congress passed the Bill

and president trump signed it into law this year.

27. The Act was set to take effect on october 18, 2026, which would impose severe sanctions, to include intercepting Russian shadow fleet tankers, used to fund the Terror on Plantiffs family residing inside ukraine. The Sanctions would protect Plantiffs First Amendment Rights to have familial Relationship

28. on october 16, 2026 President trump signed an executive order, unlawfully, suspending the Act, claiming "national security" which blocked Rubio from carrying out the "Graham Act".

29. on october 18, 2026 numerous both parties of Congress stated This was Not for National security, as manipulated by Trump;

It was reported in the media on october 18, 2026, trump instructed Elon Musk to throttle and limit the starshie [illegible] Communications system, being used by ukrainian military, to protect the families of the Plaintiffs, including Plaintiff michael Doe's wife Tatyana in Kyiv.

UNDER THE PRINCIPLE OF SEPARATION of POWERS THE EXECUTIVE BRANCH CANNOT SUSPEND A FEDERAL STATUTORY LAW

30. trump again has continued to act as a king, as if, the Constitution and laws of this country, have no bearing on his powers. The executive order being challenged, clearly violates

the Graham Act. Plaintiffs statutory and constitutional right to be free from, the threat of having their loved ones killed by the terror being subjected on them, by Vladimir Putin and the Russian Military..

31.. Plaintiff Michael Doe's, immediate family, through Tatyana Doe have had family members, to include women and children murdered and slaughtered, through terroristic attacks by the Russian Military, at the direction of Vladimir Putin, from 2022-2026 in Ukraine-

32. Plaintiffs Does 1-50,000 immediate family have been harmed,

maimed, murdered and killed who were Innocent civilians. Many of which were targeted inside their homes. inside ukraine between 2022-2026 and present.

33. Since Trump ordered Elon musk to throttle the ukrainian military access to starshield, hundreds of Plantiffs immediate family have been put in danger and threat of death, inside ukraine and threatening to block Plantiffs familial Rights under First Amendment

34. Vladimir Putin has ordered his government to circumvent international sanctions, by using shadow fleets, unmarked maritime ships, to sell blackmarket oil, that is supplying the funds, to rearm military supplies

which Putin is using to murder Plaintiffs families residing inside ukraine, in the last 24 months. Endangering Plaintiffs right to maintain a familial Relationship

CLAIMS FOR RELIEF

COUNT I -

VIOLATION of THE LINDSEY O. GRAHAM SANCTIONING RUSSIA AND IRAN ACT

35. Plaintiff incorporates each paragraph of the complaint as if fully restated herein.

36. under the principle of separation of Powers, which vests exclusive power to Congress, to enact laws that are signed by the President. The President's authority to act must

stem either from an act of congress or the Constitution itself. As Justice Jackson's Youngstown concurrence provides the operative test in this context in Youngstown Sheet and Tube Co. v. Sawyer, 343 U.S. 579 (1952):

> when the President takes measures incompatible with the expressed or implied will of Congress, his power is at its lowest ebb, for then he can rely only upon his own constitutional powers, minus any constitutional powers of Congress over the matter. Courts can sustain exclusive presidential control in such a case only by disabling the congress

from acting upon the subject. Presidential claim to a power at once so conclusive and preclusive must be scrutinized with caution for what is at stake is the equilibrium established by our Constitutional system. Youngstown, 343 U.S at 637-38, 72 S.Ct. 863.

Plaintiff seeks injunctive relief.

COUNT II

UNITED STATES CONSTITUTION ARTICLE II §3, PRESIDENT HAS A DUTY AND OBLIGATION to "TAKE CARE THAT THE LAWS BE FAITHFULLY EXECUTED

37. Plaintiff incorporates each paragraph of the Complaint as if fully restated herein.

38. It is a blatant violation of Article II section 3 by President Trump to suspend and obstruct a law passed by Congress and signed by the President himself. As the President suspending "The Graham Act" and subsequent sanctions violate "he shall take care that the laws be faithfully executed". And to stop Secretary of State Rubio to do his duty.

39. This Court has an unflagging duty under Article III section 2 Judicial Power and Jurisdiction to intervene, as "judicial power shall extend to all cases, in Law and Equity, arising under this Constitution

the laws of the united states.

40. Defendant Trump does not have the power or lawful authority, without Congress, to suspend "the Graham Act" and to not impose sanctions - Trump's Executive orders remains unlawful and illegal, calling for this Court's immediate protection.

41. Based on Defendant Trump's Executive order, Plaintiff Doe's right to be free from an increased threat of having his wife harmed and killed is increased Exponentially. By the "Graham Act" sanctions being suspended, that would help to protect Plaintiffs rights

to maintain a familial relationship.

42. Plaintiffs seeks injunctive relief and, in the event that a permanent injunction is entered, reasonable attorneys fees, costs and expenses related to this action. Injunctive Relief striking down the Executive order.

COUNT III

DEFENDANT MUSK'S UNLAWFUL ACTIONS TO THROTTLE STARSHIELD IS CAUSING IRREPARABLE INJURY TO PLAINTIFFS FIRST AMENDMENT RIGHTS

43: Plaintiff incorporates each paragraph of the Complaint as if fully restated herein.

44. On October 14, 2026 Elon Musk's

CEO of starshield claimed ignorance, that Trump and the united states are the ones in control of starshield concerning the throttling of the communications, that protect the plaintiffs immediate family.

45: Elon musk taking an offical action that places plaintiffs wife and class plaintiffs families in immediate danger, violates THEIR rights under the first Amendment to maintain a familial Relationship.

COUNT IV.

SECRETARY OF STATE MARCO RUBIO NOT COMPLYING WITH THE GRAHAM ACT IS A VIOLATION OF FEDERAL LAW

46. MARCO Rubio is the united states secretary of state and mandated to enforce the "Graham Act". His actions to not comply with federal statutory law, to impose sanctions mandated by Congress. Has and continue to threaten Plaintiff Michael Doe's right to have familial access to his immediate family and threaten to block access, by the imminent threat posed by an infusion of russian warfare resources, that place Plaintiff Doe's family in ukraine in irreparable danger and Death. Plaintiff seeks injunctive Relief against Rubio;

COUNT V

THE ONGOING IMMEDIATE THREAT POSED ON PLAINTIFFS FIRST AMENDMENT RIGHT TO MAINTAIN FAMILIAR RELATIONSHIP BY THE EXECUTIVE ORDER SUSPENDING THE GRAHAM ACT VIOLATES PLAINTIFFS FIRST AMENDMENT RIGHTS

48. The executive order issued by President Trump is a violation of not only the Lindsey Graham Act, But a violation of Plaintiffs First Amendment rights to maintaining a familial relationship with his wife and class Plaintiffs immediate families. The Executive order suspending Sanctions on the Russian Military. resources. to terrorize Plaintiffs wife -

poses a direct, immediate and constant threat against Plaintiffs fundamental First Amendment rights to the united states constitution, to be free from the government harming, taking actions to harm, impede or take away - the right to have familial relationship with Plaintiffs wife - who is now at a greater risk of death and harm because sanctions are now not being applied as outlined in the Graham Act. Plaintiff incorporate all paragraphs in this complaint into this claim.

COUNT VI

28 U.S.C § 2201

49. Plaintiff incorporate each paragraph of the complaint as if fully restated herein.

49. In a case of actual controversy within its jurisdiction, any court of the united states may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C §§ 2201.

50. There is an actual controversy

within the jurisdiction of this Court, insofar as the Defendants has engaged in and continues to engage in actions that violates Plaintiffs federally protected rights.

51. Plaintiff is entitled to a declaration that the acts at issue are unlawful and an injunction precluding Defendants from continuing those acts.

PRAYER FOR RELIEF

Wherefore, Plaintiff prays for a judgement and the following relief;

52. A declaration, pursuant to 28 U.S.C 2201, that the Executive order issued

by President Trump suspending "The Graham Act" is unconstitutional

53. A declaration, pursuant to 28 U.S.C 2201, that an executive order to Elon Musk and Starshield to slow and throttle Starshield is unlawful under Federal law.

54. A declaration, pursuant to 28 U.S.C 2201, that all agents, employees in the US government that does not comply with The Graham Act is unconstitutional. And enjoining them to enforce it.

55. A declaration, pursuant to 28 U.S.C 2201 that Plaintiffs

have a First Amendment Right to be free of the Threat of having their right to familial Relationship with family a ukraine not obstructed by defendants;

56. Appointment of class counsel

57. Any and all other relief the Court deems proper

58. Emergency Injunctive Relief Enjoining the Executive order suspending the Graham Act and Throttling the starshield is unlawful.

Dated. October 18, 2026

Respectfully

Michael Doe

Plaintiff Pro se